CAROLINE TURCO, OSB 083813
Deputy City Attorney
caroline.turco@portlandoregon.gov
Portland City Attorney's Office
1221 SW 4th Ave., Rm. 430
Portland, OR  97204
Telephone: (503) 823-4047
Facsimile: (503) 823-3089
*Of Attorneys for Defendants Portland Police Bureau
and City of Portland*

## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| CALE JOSEPHS, an individual,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>PORTLAND POLICE BUREAU, a municipal agency, CITY OF PORTLAND, a municipal corporation, JOHN DOE #1, in his/her individual and official capacity, JOHN DOE #2, in his/her individual and official capacity, and JOHN DOE #3, in his/her individual and official capacity,<br><br>　　　　Defendants. | Case No.<br><br>NOTICE OF REMOVAL |

TO:　THE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF OREGON:

Removing parties, Portland Police Bureau and City of Portland, by their undersigned attorney, respectfully show this Court:

1.　The removing parties, Portland Police Bureau and City of Portland, are the defendants in the above-entitled action.

2.　On October 8, 2020, the above-entitled action was commenced against the Portland Police Bureau and the City of Portland in the Circuit Court of the State of Oregon for the County of Multnomah and is now pending in such court, with the court number 20CV34904.

Page  1  –  NOTICE OF REMOVAL

3. On October 23, 2020, a copy of the Summonses and Complaint in the above-entitled state action was served upon the Portland City Attorney via email.

4. Each of the named defendants in this case agrees this action should be removed from state to federal court.

5. No further proceedings have been had in this action in state court.

6. This notice of removal is filed within 30 days after service of process.

7. This Court has original jurisdiction of the above-entitled action pursuant to 28 U.S.C. § 1331 because plaintiff alleges a violation of rights, privileges and immunities secured by the Constitution and laws of the United States. This action is removable under 28 U.S.C. § 1441(a).

8. Copies of the Complaint and Summons served on defendants Portland Police Bureau and City of Portland are attached to this Notice.

9. On the date set forth below, a copy of this notice was served on plaintiff's attorney. On the same date, a copy of this notice was filed with the clerk of the Multnomah County Circuit Court in which the action was commenced.

WHEREFORE, the Portland Police Bureau and City of Portland request that the above-entitled action be removed from the Circuit Court of the State of Oregon for the County of Multnomah to the United States District Court for the District of Oregon.

Dated: November 2, 2020.

/s/ Caroline Turco
Caroline Turco, OSB #083813
Deputy City Attorney
Telephone: (503) 823-4047
*Of Attorneys for Defendants Portland Police Bureau and City of Portland*

Page 2 – NOTICE OF REMOVAL

Page 3 – NOTICE OF REMOVAL

# CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing NOTICE OF REMOVAL on:

>Neal Weingart
>1050 SW Sixth Ave. Suite 1415
>Portland, OR  97204
>   *Of Attorneys for Plaintiff*

on November 2, 2020, by causing a full, true and correct copy thereof, addressed to the last-known address (or fax number) of said attorney, to be sent by the following method(s):

☐   by **mail** in a sealed envelope, with postage paid, and deposited with the U.S. Postal Service in Portland, Oregon.

☐   by **hand delivery.**

☐   by **facsimile transmission.**

☒   by **email.**


>*/s/ Caroline Turco*
>Caroline Turco, OSB #083813
>Deputy City Attorney
>Telephone: (503) 823-4047
>*Of Attorneys for Defendants Portland Police Bureau and City of Portland*

Page  1  –  CERTIFICATE OF SERVICE