CAROLINE TURCO, OSB 083813
Deputy City Attorney
caroline.turco@portlandoregon.gov
Portland City Attorney's Office
1221 SW 4th Ave., Rm. 430
Portland, OR  97204
Telephone: (503) 823-4047
Facsimile: (503) 823-3089
*Of Attorneys for Defendants*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **CALE JOSEPHS, an individual,** | 3:20-cv-01888-YY |
| **PLAINTIFF,** | |
| v. | **DEFENDANTS' OFFER OF JUDGMENT** |
| **CITY OF PORTLAND, a municipal corporation, MICHAEL GONZALEZ, in his/her individual and official capacity, AND MICHAEL TERRETT, in his/her individual and official capacity,** | |
| **DEFENDANTS.** | |

Pursuant to Fed. R. Civ. P. 68, defendants hereby offer to allow judgment in the above-captioned matter to be taken against it by plaintiff Cale Josephs for the sum of FIVE THOUSAND DOLLARS and no/100 Dollars ($5,000).  This Offer of Judgment is made for the purposes specified in Rule 68, Federal Rules of Civil Procedure, and is not to be construed either as an admission that the defendant is liable in this action, or that the plaintiff has suffered damages.  Any Judgment entered as a result of this offer must state that the Judgment shall not be construed as an admission of liability nor an admission that plaintiff suffered any damages.  This Offer of Judgment shall not be filed with the Court unless (a) accepted or (b) in a proceeding to determine costs.

Page  1  –    DEFENDANTS' OFFER OF JUDGMENT

This offer of Judgment is accepted.

Dated: 8/30/2021 .

                                                Respectfully submitted,

                                                s/Neal Weingart
                                                NEAL WEINGART
                                                *Of Attorneys for Plaintiff*