UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

CALE JOSEPHS,

        Plaintiff,

  v.

CITY OF PORTLAND, a municipal corporation, MICHAEL GONZALEZ, in his/her individual and official capacity, and MICHAEL TERRETT, in his/her individual and official capacity,

        Defendants.

Case No. 3:20-cv-01888-YY

JUDGMENT

Based on plaintiff's acceptance of defendants' Offer of Judgment (ECF 19), judgment is entered in favor of plaintiff and against defendants in the total amount of $5,000 plus costs and attorney's fees as reflected in a stipulated supplemental judgment.

IT IS SO ORDERED.

DATED this 22nd day of September, 2021.

                                        /s/ Youlee Yim You
                                        Youlee Yim You
                                        United States Magistrate Judge

JUDGMENT